IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )        8:09CR403
                              )
     v.                       )
                              )
REYNAUD TATE,                 )        ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing hearing (Filing No. 29).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that sentencing is rescheduled for:

**Thursday, March 17, 2011, at 9 a.m**.

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 13th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court