# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR403 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| REYNAUD TATE, | ) | |
| a/k/a "Mack," | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the United States (Filing No. 31),

**IT IS ORDERED:**

The Clerk of the District Court is authorized to provide to the United States a photocopy of the Overview of Proposed Use of Confidential Informant filed in this case, for the purpose of production to defense counsel in U.S. v. Fontri Tiller & Joseph Love, 8:10CR194.

DATED this 1st day of February, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge